IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00859-WJM-KLM

AMERICAN TRADITION INSTITUTE,
AMERICAN TRADITION PARTNERSHIP, and
ROD LUECK,

      Plaintiffs,

v.

THE STATE OF COLORADO,
JOHN HICKENLOOPER, individually and in his official capacity as Governor of Colorado,
BARBARA J. KELLEY, individually and in her official capacity as the Executive Director of the Colorado Department of Regulatory Agencies,
JOSHUA EPEL, individually and in his official capacity as Chairman of the Colorado Public Utilities Commission,
JAMES TARPEY, individually and in his official capacity as a Commissioner of the Colorado Public Utilities Commission,
MATT BAKER, individually and in his official capacity as a Commissioner of the Colorado Public Utilities Commission, and
DOUG DEAN, individually and in his official capacity as Director of the Colorado Public Utilities Commission,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendants' **Unopposed Motion to Vacate Scheduling Conference** [Docket No. 18; Filed June 8, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for **June 13, 2011 at 10:30 a.m.** is **vacated** and **RESET** to **August 23, 2011 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **August 18, 2011**.

      Parties shall submit a brief Confidential Settlement Statement to

Mix_Chambers@cod.uscourts.gov. on or before **August 18, 2011**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Dated:  June 8, 2011