# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00859- WJM-KLM

AMERICAN TRADITION INSTITUTE,
AMERICAN TRADITION PARTNERSHIP, and
ROD LUECK,

      Plaintiffs,

v.


THE STATE OF COLORADO;
JOHN HICKENLOOPER, individually, and in his official capacity as Governor of Colorado;
BARBARA J. KELLEY, individually, and in her official capacity as Executive Director of the
Colorado Department of Regulatory Agencies;
JOSHUA EPEL, individually, and in his official capacity as a Chairman of the Colorado Public
Utilities Commission;
JAMES TARPEY, individually, and in his official capacity as a Commissioner of the Colorado
Public Utilities Commission;
MATT BAKER, individually, and in his official capacity as a Commissioner of the Colorado
Public Utilities Commission; and
DOUG DEAN, individually, and in his official capacity as Director of the Colorado Public
Utilities Commission,

      Defendants,

ENVIRONMENT COLORADO,
COLORADO ENVIRONMENTAL COALITION,
SIERRA CLUB, and
THE WILDERNESS SOCIETY,

      Proposed Intervenors.

---

**DECLARATION OF PAM KIELY**
**IN SUPPORT OF ENVIRONMENT COLORADO'S**
**MOTION TO INTERVENE**

---

I, Pam Kiely, state and declare as follows:

1.  I am Environment Colorado's program director, and have filled that capacity since January 2008. In this role I am responsible for, among other things, overseeing Environment Colorado's program work across a variety of issue areas. I have been lobbying full-time in the state legislature for Environment Colorado since 2006, and have run numerous campaigns including many on clean energy. I was the lead advocate for the HB10-1001 effort, which created Colorado's 30% renewable electricity standard in 2010.

2.  Environment Colorado is a statewide, citizen-based environmental advocacy organization representing tens of thousands of members and activists across the state. Our professional staff combines independent research, practical ideas and tough-minded advocacy to overcome the opposition of powerful special interests and win real results for Colorado's environment. Environment Colorado draws on 30 years experience in tackling our state's toughest environmental challenges; we work in a diverse set of forums including at administrative agencies and at the state legislature, and on a range of issues from clean energy to clean air & climate to preservation of our lands and waters.  Environment Colorado is part of a national federation of 29 state-based environmental groups, Environment America, and collectively we speak out at the state and national level on behalf of our members to improve the quality of our environment and our lives.

3.  Environment Colorado runs a robust clean energy program, and has been active at both the state and the federal level in building support for policies to move Colorado and America towards a cleaner, healthier, more sustainable energy future. Environment Colorado is one of the leading advocacy voices in the state on clean energy.  Over the past six years this has been our biggest program area because far too much of our energy comes from dirty fossil fuels that pollute our air, our water, and destroy our natural environment. Fortunately, Colorado has some of the top renewable energy resource potential in the country, and by investing in our renewable potential over the past six years Colorado has proven that clean energy works. We can repower Colorado with renewable energy while enhancing our energy security and cleaning up our environment. The Colorado renewable electricity standard has been the cornerstone policy created, implemented, and defended by our clean energy program.

4.  In 2004, Environment Colorado spearheaded the effort to pass Amendment 37, a state ballot initiative that created the first ever citizen-initiated renewable electricity standard in the country. Environment Colorado invested substantial organizational resources into the campaign effort, including staff time, a significant percentage of the funding, and member/activist volunteer work. In November of 2004 the people of Colorado spoke loudly in support of clean energy, passing Amendment 37 by a 54%-46% margin. Amendment 37 required that 10 percent of electric sales from investor-owned utilities be generated from renewable sources by 2015.

5. Since 2004, renewable energy has remained a top priority for our organization and our membership. We launched the "Plan for Colorado's New Energy Future" campaign in 2006, traversing the state yet again and getting commitments from organizations, community leaders, and elected officials to support an increase in the renewable electricity standard to 20% by 2020 and to subject our rural electric cooperatives and municipal utilities to a renewable electricity requirement. Our efforts succeeded in 2007, when the Colorado legislature adopted these changes through HB07-1281.

6. After two more years, and with Xcel Energy (our state's largest utility) moving aggressively toward meeting the renewable energy goals far ahead of schedule, it became clear that Colorado should raise our renewable energy targets even higher. In 2009 and 2010, Environment Colorado worked with Xcel Energy, the Ritter Administration and other stakeholders to craft the next increase to the standard. As a result of these efforts, the Colorado legislature in 2010 adopted HB10-1001, which set a new 30% renewable electricity requirement by 2020 for Colorado's investor-owned utilities.

7. In addition to our work on the state renewable electricity standard, Environment Colorado has worked on a wide variety of other policies—both at the state and federal level—geared toward improving our state's commitment to renewable energy, cutting down our global warming pollution, and cleaning up our air.

8. The Colorado renewable electricity standard is incredibly significant to Environment Colorado and our membership. As an organization striving towards cleaning up the air we breathe, the water we drink, protecting and preserving our natural places, and tackling climate change, this policy is central to all of the work we do. Colorado's Renewable Electricity Standard has brought a myriad of benefits to our membership and to the state.

9. For example, increasing electricity generation from renewable sources is creating a cleaner, healthier, more sustainable future for Colorado. Renewable energy cleans up our air and protects our health by reducing smog- and soot-forming pollution, the airborne contaminants that aggravate respiratory and cardiovascular illness. It helps to limit mercury pollution by reducing dependence on coal-fired generation, providing protection against mercury neurotoxicity that is especially harmful to children.

10. If the renewable electricity standard is invalidated, Environment Colorado members across the Front Range will likely continue to breathe dirty air polluted by coal-fired or other fossil fuel power.  Renewable electricity also cuts down our water use by reducing our dependence on coal, the most water-intensive form of electricity generation. Clean energy also allows us to make progress in reducing global warming pollution—the most consequential environmental challenge of our time.

11. Environment Colorado's members also enjoy Colorado's outdoor environment, which stands to lose a great deal from the adverse impacts of climate change. Global warming will cause more extreme weather occurrences—which in Colorado means increased fires, droughts and floods, and a diminished snowpack that will not only lead to drinking water shortages on the Front Range where many of our members live but will threaten our outdoor recreation industry in the mountains where many of our members enjoy skiing or snowboarding. Finally, our wild lands, already developed at an alarming rate for fossil fuel extraction, would continue to be at risk for exploitation. Environment Colorado's members enjoy the rolling ranchlands and mountain valleys that define Colorado—areas that will increasingly be threatened by fossil fuel extraction if our commitment to renewable energy is decreased.

12. By investing in clean energy we will see far less environmental impacts across many areas. A clean energy future dramatically cuts down Colorado's air pollution, frees many wild lands from the burdens of fossil fuel energy production that harms watersheds and wildlife, and reduces our state's global warming pollution.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 9, 2011                            /s/ Pam Kiely_____
                                              Pam Kiely
                                              Program Director
                                              Environment Colorado