# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00859- WJM-KLM

AMERICAN TRADITION INSTITUTE,
AMERICAN TRADITION PARTNERSHIP, and
ROD LUECK,

    Plaintiffs,

v.

THE STATE OF COLORADO;
JOHN HICKENLOOPER, individually, and in his official capacity as Governor of Colorado;
BARBARA J. KELLEY, individually, and in her official capacity as Executive Director of the Colorado Department of Regulatory Agencies;
JOSHUA EPEL, individually, and in his official capacity as a Chairman of the Colorado Public Utilities Commission;
JAMES TARPEY, individually, and in his official capacity as a Commissioner of the Colorado Public Utilities Commission;
MATT BAKER, individually, and in his official capacity as a Commissioner of the Colorado Public Utilities Commission; and
DOUG DEAN, individually, and in his official capacity as Director of the Colorado Public Utilities Commission,

    Defendants,

ENVIRONMENT COLORADO,
COLORADO ENVIRONMENTAL COALITION,
SIERRA CLUB, and
THE WILDERNESS SOCIETY,

    Proposed Intervenors.

---

**DECLARATION OF BECKY ENGLISH
IN SUPPORT OF SIERRA CLUB'S
MOTION TO INTERVENE**

---

I, Becky English, state and declare as follows:

1. I chair the Energy Committee for the Sierra Club Rocky Mountain Chapter (the state of Colorado). I am a volunteer. My activities focus on the deployment of clean renewable energy and energy efficiency in Colorado. The Rocky Mountain Chapter's energy committee is primarily a body designed to educate Sierra Club members and others about the necessity for making the transition from dirty energy fossil fuel sources like coal and oil to clean renewable energy solutions. Members of the energy committee meet with state and national legislators, state agencies such as the Colorado Department of Public Health and Environment (CDPHE), and the Governor's Energy Office, representing the policy interests of the state chapter and the national Sierra Club organization. We coordinate with other organizations to promote clean energy solutions, and we mobilize Sierra Club members on key legislative and regulatory issues. We engage in grassroots organizing, policy advocacy, and outreach through mass media and social media.

2. Sierra Club has approximately 15,000 members in Colorado, and approximately 700,000 members nationwide. The organization was founded in 1892 by John Muir. The mission of Sierra Club is to explore, enjoy, and protect the planet. Our purpose is to practice and promote the responsible use of the earth's ecosystems and resources; we also exist to educate and enlist humanity to protect and restore the quality of the natural and human environments. Addressing climate change through the retirement of coal fired power plants is our organization's top priority.

3. Passage of the original Amendment 37 was a priority for the Rocky Mountain chapter and the chapter's energy committee. Energy committee members and other chapter activists participated in phonebanks, mailings, neighborhood walks and other direct support measures to get the ballot measure passed in 2004.

4. In 2010, the Sierra Club endorsed Colorado House Bill 10-1001, which increased the renewable energy standard (RES) to 30% for the state's investor-owned utilities. We hired a contract lobbyist to advocate for HB 10-1001 at the Colorado statehouse. In addition, our staff organized Sierra Club members to contact their state representatives and senators in support of the bill. A number of our committee members attended Governor Ritter's signing of the bill.

5. The Rocky Mountain Chapter also hosts numerous meetings to help educate its members and the public on the topics of climate change and renewable energy. For example, the Sierra Club presented a talk by one of the co-chairs of the Intergovernmental Panel on Climate Change, Dr. Susan Solomon of the National Oceanic and Atmospheric Administration. In addition, we recently hosted a meeting on the topic of community solar gardens, which allow communities to cooperate in the creation of common solar energy facilities. Currently our energy committee is tracking the efforts of the community of Boulder, Colorado, to decarbonize its power supply by moving

aggressively away from coal as a fuel, toward a portfolio emphasizing clean renewable energy.

6. Nationally the Sierra Club has prioritized facilitating a rapid transition away from dirty energy sources like coal and oil to clean, renewable energy sources like wind and solar. We have advocated for a national RES standard. We support current EPA proposals to regulate mercury and other air toxics from coal plants, as well as to limit soot, smog and carbon pollution. We work to close existing coal-fired power plants, and stop the construction of new coal plants. We support measures to place a price on carbon (such as cap and trade measures), to increase automobile fuel efficiency, and to deploy energy efficiency measures via building codes and residential home weatherization programs. Our efforts include public education, lobbying elected officials directly in Washington, DC, and mobilizing grass-roots organizing efforts on a variety of energy-related White House administrative proposals and pending federal bills before the US Congress.

7. Colorado's RES is an important tool for reducing harmful emissions in Colorado and promoting cleaner energy sources instead. Should the RES be invalidated, utilities that have taken measures to reduce their carbon emissions and other harmful greenhouse gases may dramatically reduce their commitment to generating renewable energy. This return to the pre-RES way of doing business would be a disastrous setback to Colorado's environment. It would also represent a loss of many thousands of Sierra Club person-hours of effort between 2004 and now, and would require major organizational efforts to find another way to dramatically reduce emissions.

8. If the RES is struck down, it would also be a major setback for efforts to limit the impacts of climate change. Sierra Club members join our organization in part because of our national and local outings programs that get people outdoors to enjoy the diverse geography and wildlands habitat of Colorado and the surrounding region. These outings programs include visits to Colorado's many National Parks, National Monuments, and wilderness areas. Our western state's pristine rivers, meadows, lakes, valleys, alpine regions, deserts, national parks and forests all provide unique recreational opportunities not found elsewhere. Colorado's ski industry and our fourteener mountains are world renowned. So are the hunting, fishing, rafting, camping wildlife watching and hiking opportunities found here. All of these outdoor experiences are negatively impacted by greenhouse gas-generated climate change.

9. Impacts attributable to climate change range from more variable and severe weather events (such as wildfires, droughts, floods, mudslides and avalanches), to increased disease vectors affecting flora and fauna (such as beetle kill), to other existential threats to a variety of climate-sensitive species dependent on fragile high altitude ecosystems whose balance is disrupted.

10. Moreover, because Colorado is viewed as a national leader, invalidation of our state's RES is likely to discourage efforts to control greenhouse gases, and move to renewable energy, elsewhere in the United States.

    11. In addition, by slowing the transition away from fossil fuel energy, a loss of Colorado's RES will harm air and water quality throughout the state and negatively impact the health and well being of Sierra Club members.  As Colorado's population and their energy demands continue to increase, the demand for fossil fuel extraction here likely will also increase without the RES.  Extraction of fossil fuels has severe, well-documented, and lasting negative impacts on the water quality, water quantity, air quality, scenic beauty, quietude and wildlife habitat that our members invest our time and money exploring, enjoying and protecting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 8, 2011                                     /s/     Becky English
                                                       Becky English
                                                       Chair, Energy Committee
                                                       Sierra Club Rocky Mountain Chapter
                                                       1536 Wynkoop, Suite 4B,
                                                       Denver CO 80202
                                                       beckyrep@gmail.com