# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00859-WJM-KLM

AMERICAN TRADITION INSTITUTE,
AMERICAN TRADITION PARTNERSHIP, and
ROD LUECK,

    Plaintiffs,

v.

THE STATE OF COLORADO;
JOHN HICKENLOOPER, individually, and in his official capacity as Governor of Colorado;
BARBARA J. KELLEY, individually, and in her official capacity as Executive Director of the Colorado Department of Regulatory Agencies;
JOSHUA EPEL, individually, and in his official capacity as a Chairman of the Colorado Public Utilities Commission;
JAMES TARPEY, individually, and in his official capacity as a Commissioner of the Colorado Public Utilities Commission;
MATT BAKER, individually, and in his official capacity as a Commissioner of the Colorado Public Utilities Commission; and
DOUG DEAN, individually, and in his official capacity as Director of the Colorado Public Utilities Commission,

    Defendants,

ENVIRONMENT COLORADO,
COLORADO ENVIRONMENTAL COALITION,
SIERRA CLUB, and
THE WILDERNESS SOCIETY,

    Proposed Intervenors.

---

**DECLARATION OF SUZANNE JONES
IN SUPPORT OF THE WILDERNESS SOCIETY'S
MOTION TO INTERVENE**

---

I, Suzanne Jones, state and declare as follows:

1. I am the Regional Director for the Wilderness Society's Colorado Regional Office in Denver, CO.

   The Wilderness Society's (TWS) mission is to protect wilderness and inspire Americans to care for our wild places. We have approximately 567,500 active members and supporters nationally, including 16,510 within Colorado. Founded in 1935, The Wilderness Society works to protect, connect, and restore America's wilderness through a combination of public education, partnership building, scientific analysis, outreach, and advocacy. We have been the primary advocate for every major piece of wilderness legislation enacted by Congress from the landmark Wilderness Act of 1964 to the Omnibus Public Land Management Act of 2009 which added 2.1 million acres to America's treasure of protected wilderness. The Wilderness Society is the leading American conservation organization working to protect our nation's public lands, the 635 million acres collectively owned by the American people and managed by our government. From well-known icons to hidden gems, these lands provide us all with clean air and water; abundant wildlife; havens for recreation, learning, and solitude; and a foundation for a healthy planet. They are also important sources of renewable energy and vital natural resources that must be managed wisely.

   Climate change poses a direct threat to the wildlands and wildlife habitat whose protection is at the core of our work. The Wilderness Society has thus made it a top priority to protect our public lands and wildlife from the effects of climate change and to increase the role of those lands in fighting global warming. To that end, The Wilderness Society continues to lead the wild lands and wildlife community toward an aggressive campaign in the West to develop renewable energy and needed transmission lines at the right places, pace, and scale to protect landscapes and their wildlife.

2. The Wilderness Society officially endorsed Amendment 37 to establish the Colorado Renewable Energy Standard (RES) in 2004 and financially contributed to the ballot initiative campaign. TWS also supported the lobbying and legislative work for subsequent amendments strengthening Colorado's RES (e.g., House Bill 1001 in 2010) through our membership in the Colorado Environmental Coalition and financial support of the CEC-sponsored conservation community lobbyist at the Colorado State Legislature.

3. TWS is actively engaged in supporting environmentally responsible renewable energy development in Colorado and across the West and the nation. TWS has selected this work as one of our top three organizational priorities, with the goals of: 1) moving quickly to address the threats of and reduce the impacts of climate change; 2) decreasing our dependence on fossil fuels and thus decreasing the serious impacts of fossil fuel development and use to the environment and citizens; and 3) ensuring that renewable

     energy and associated transmission development occurs in a manner that limits its impacts to wildlands, wildlife habitat and other natural resources on our public lands.

     We are also actively engaged in climate issues including: 1) Reducing greenhouse gases from fossil fuels by campaigning for laws that reduce greenhouse gas emissions and aid the development of clean energy technologies; 2) Helping lands and wildlife adapt to climate change by leading efforts to fund natural resource adaption and manage lands so they are more resilient under stresses of climate change; 3) Increasing the role of wildlands in addressing climate change by protecting our forests' ability to remove green house gases from the atmosphere; and 4) Educating and coalition building by using science to educate the public and decision makers to push good climate change policies forward.

4. The Colorado RES is critical to the state and the nation's success in addressing the threats of, and reducing the impacts of, climate change. Along with increased energy conservation and efficiency, rapid expansion of renewable energy development is critical to limiting the impacts of climate change. As emphasized by government agencies, elected officials and industry leaders across the nation, a strong and dependable market for renewable energy is necessary to the continued expansion of wind, solar and geothermal development. The Colorado RES is important because it supports additional renewable energy development in Colorado, regionally, and nationally. In addition to the requirements of Colorado's RES, Colorado is well respected around the country as a leader for renewable energy development. If the Colorado RES is invalidated, TWS and our members would be harmed because less renewable energy would be developed and its contribution to TWS's goals of quickly addressing climate change and reducing our dependence on fossil fuels would be lost.

5. TWS and our members value and enjoy clean air for its importance to healthy, functioning ecosystems, its importance for human health, and its importance in preserving the spectacular views of our beautiful state. One of the major threats to clean air is pollution associated with the development and use of fossil fuels for electricity generation. If the Colorado RES is invalidated, TWS and our members will be subject to increased air pollution because less clean renewable energy will be produced and thus more fossil fuels will be burned.

6. Wilderness Society members regularly use and enjoy our public lands and natural resources in Colorado—from our mountain peaks and pristine forest to our rivers and canyons—and care deeply about the wise stewardship and management of the nation's public estate. Our nation's dependence on fossil fuels has very real impacts on these public lands, including the direct impacts of oil and gas drilling in Colorado (e.g., pipelines, well pads, roads) to the indirect impacts of climate change causing weather and precipitation disruptions, increase fire risk, altering species' viability and geographic ranges, etc. Invalidation of Colorado's RES will harm TWS and its members by delaying

      a transition to a more sustainable and lower-carbon energy future and thereby avoiding the worse impacts of climate change.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 9, 2011                                /s/ Suzanne Jones
                                                          Suzanne Jones
                                                          Regional Director
                                                          The Wilderness Society
                                                          1660 Wynkoop Street, Suite 850
                                                          Denver, CO 80202
                                                          (303) 650-5818, ext 102