# EXHIBIT 6

Case 1:11-cv-00859-WJM-BNB   Document 21-6   Filed 06/13/11   USDC Colorado   Page 2 of 5



Contact Us    Advertising Information    Mailing List    Site Map

news

- NewsAndViews
- CoverStory
- Stew'sViews
- Uncensored
- LibertyBeat
- NextGen

Wayne'sWord

- Hygeia
- SpeakingOut
- InCaseYouMissedIt...

Buzz

- BuzzLead
- OverTones
- People'sRepublic
- FreshAir
- SoundCheck
- HighDecibel
- InMotion
- GameFace
- CenterStage
- ArtFlash
- GettingItOn
- SoundTrack
- WeeklyPickoff
- UnCovered
- ReelToReel
- Screen
- ExactFare
- Elevation
- WebWatch
- HeadCheck
- GenerationZ
- Astrology
- Cuisine

Calendar
Letters
Classifieds
Personals
Search/Archives
Careers

**This week's stories**
Dirty energy | George W's new charity

# Dirty energy
Could Xcel Energy be sabotaging Colorado's new renewable-energy requirement?

by Joel Warner

Last November, Colorado's smog seemed to become a little thinner, its natural resources a little bit safer and its future a little bit greener with the passage of Amendment 37, the first voter-approved renewable energy requirement in the nation. Passed by a 54-46 percent margin, the measure promised voters that the state's largest utilities would obtain 3 percent of their electricity from renewable energy resources like wind and solar by 2007 and 10 percent by 2015. It was a classic David vs. Goliath story, the scrappy environmentalists against the monolithic electricity companies, and this time, amazingly, the environmentalists seemed to come out on top. Unfortunately, some say this fairy-tale ending might be just that—a fairy tale. Almost a year later, environmentalists and citizens are suggesting that the electric utilities led by Xcel Energy could be trying to hamstring implementation of the amendment before it even gets off the ground.

"People expected that it was going to be a done deal [after the passage of Amendment 37]. And I think it's been a learning project for the public that it is not a done deal. We still need to get it implemented," says Tiffani Lennon, energy attorney for the nonprofit Environment Colorado. "Xcel is still sticker shocked, if you will, that it passed. They spent a lot of money to defeat it, and the public still passed it. I think we need to be realistic about what is going to happen."

Some renewable-energy advocates say they got a glimpse of what is going to happen at a packed hearing before the Colorado Public Utilities Commission (PUC) in late August, where Xcel officials told state regulators that it was going to be financially difficult to comply with all the renewable energy requirements and pushed for increased confidentiality surrounding the law's implementation. While Xcel said this was a matter of economic realities, others suggested the company was trying to convince the PUC, which regulates the execution of the amendment, to allow Xcel to mold the law as it pleases.

"We support renewables, but we couldn't support this amendment as it was written," says Margarita Alarcon, Xcel spokeswoman.

A major sticking point for Xcel is that Amendment 37 requires that 4 percent of the renewable energy required must be generated from solar power, such as through solar panels installed on people's homes or businesses or at utility facilities. Xcel officials argue that solar power is a very expensive technology and question whether they will be able to create enough solar energy without exceeding the amendment's cost cap, which states that utilities cannot raise residential customer's electricity rates by more than 1 percent to pay for the law's implementation.

"Solar energy is four to five times the cost of traditional resources," says Alarcon. "We are confident that we can [reach that 4 percent goal]. We just don't want customers overpaying what they voted on last November."

On the other hand, says Alarcon, Xcel has little problem with complying with the renewable energy requirement using wind power. As the nation's second largest reseller of wind energy, Xcel plans to be generating 6 percent of its total capacity from wind by 2010.

Environmentalists agree that Xcel has a strong reputation when it comes to wind. In fact, that's how they say the utilities can pay for the solar programs, from the savings the companies have generated from their wind farms. They say that if Xcel wants to count its existing wind plants toward the 10-percent renewable energy requirement, the company should also count the profits generated from these plans toward what it can spend on additional renewable energy generators like solar panels.

"Xcel doesn't want to count the savings of existing wind against new fossil fuel resources," says Ken Regelson, a Boulder-based sustainable energy consultant, member of the Sierra Club and member of "Core 37," a group of renewable energy and environmental experts who've been negotiating with Xcel regarding the implementation of Amendment 37. "If Xcel counts existing wind, the savings, even if its theoretic, should be enough to pay for most or all of the extra cost of solar, maybe without even having to go into the 1-percent rate cap. If they don't count it, we will definitely hit that 1-percent cap and may not make it within the 1-percent cap."

Some Amendment 37 supporters are also concerned that Xcel is trying to limit oversight and public scrutiny of how it's going to comply with the amendment. Xcel is pushing the PUC to make the bidding process associated with implementing the amendment highly confidential, meaning that only the PUC and Xcel representatives would be privy to this information. Xcel officials also reject the idea of an independent administrator overseeing the process.

"The PUC is already a regulatory body, so that would be very redundant to have another regulatory body overseeing this," says Alarcon. "When you are talking about bringing on 750 megawatts of

wind power, there's a bidding process, and there's quite a few competitors in the marketplace. And if we disclose what we believe are confidential bids, it brings collusion to the marketplace."

But renewable-energy advocates say public scrutiny and an independent administrator wouldn't invite marketplace collusion and excess bureaucracy, but would instead ensure the amendment is implemented fairly. Instead of exposing the confidential bidding process to the public at large, they suggest allowing citizen groups to review the process.

"We want to have a process where members of the public through citizens groups can review and look at the implementation of the ballot initiative," says Eric Guidry, energy program staff attorney for the Western Resource Advocates, a nonprofit environmental law and policy organization that helped champion Amendment 37. "I think you have a situation here where you have a commission that's implementing a direct mandate of the voters. If the utilities can't meet the standards, there needs to be a credible process there for explaining why."

Amendment 37 supporters say there's a precedent for public scrutiny of Xcel's dabblings in renewable energy. A major wind power plant in southeastern Colorado was only constructed because citizen groups were able to review Xcel documents and determine that the company had been wrong when it said the project was financially unfeasible. And last year, in the midst of arguing that Colorado didn't need Amendment 37 to create renewable energy, Xcel announced that it was building enough wind farms to generate 500 new megawatts of wind power. As of last week, all but 60 megawatts of the proposal had been scrapped. Some say that because the bidding process associated with these projects was highly confidential, the public has no way of knowing whether the cancelled projects were economically unreasonable or if it was all an elaborate bait-and-switch to convince voters not to support Amendment 37.

"The whole thing is highly irregular," says Regelson. "There is nothing we could point to and say, yes, this is why they [scrapped these projects]. That's why the transparency is important. Xcel may be absolutely correct [that these projects were too expensive]. But we just can't tell."

There are a number of other disagreements between the electricity utilities and the renewable-energy advocates regarding Amendment 37, including the scope of the implementation and amount of refund given to customers who install solar panels. Many of these issues will be decided by the PUC, which expected to vote on the rules governing the implementation of Amendment 37 on Friday, Oct. 7. Some renewable-energy advocates don't have high hopes about the decision, saying that the PUC has a history of siding with the utilities.

"We want the PUC to pay attention to the public. Hence the term

Public Utilities Commission," says Lennon. "The responsibility is now with them. Are they going to do business as usual? Or are they going to heed the comments of the public?"

Respond: letters@boulderweekly.com



© 2005 Boulder Weekly. All Rights Reserved.