# EXHIBIT 7



Particulate Matter

You are here: EPA Home   Air & Radiation   Particulate Matter   Health and Environment

# Health and Environment

The size of particles is directly linked to their potential for causing health problems. Small particles less than 10 micrometers in diameter pose the greatest problems, because they can get deep into your lungs, and some may even get into your bloodstream.

Exposure to such particles can affect both your lungs and your heart. Small particles of concern include "inhalable coarse particles" (such as those found near roadways and dusty industries), which are larger than 2.5 micrometers and smaller than 10 micrometers in diameter; and "fine particles" (such as those found in smoke and haze), which are 2.5 micrometers in diameter and smaller.

The Clean Air Act requires EPA to set air quality standards to protect both public health and the public welfare (e.g. crops and vegetation). Particle pollution affects both.

## Health Effects

Particle pollution - especially fine particles - contains microscopic solids or liquid droplets that are so small that they can get deep into the lungs and cause serious health problems. Numerous scientific studies have linked particle pollution exposure to a variety of problems, including:

> increased respiratory symptoms, such as irritation of the airways, coughing, or difficulty breathing, for example;
> decreased lung function;
> aggravated asthma;
> development of chronic bronchitis;
> irregular heartbeat;
> nonfatal heart attacks; and
> premature death in people with heart or lung disease.

People with heart or lung diseases, children and older adults are the most likely to be affected by particle pollution exposure. However, even if you are healthy, you may experience temporary symptoms from exposure to elevated levels of particle pollution. For more information about asthma, visit www.epa.gov/asthma.

## Environmental Effects

### Visibility reduction
Fine particles (PM$_{2.5}$) are the major cause of reduced visibility (haze) in parts of the United States, including many of our treasured national parks and wilderness areas. For more information about visibility, visit www.epa.gov/visibility.

### Environmental damage
Particles can be carried over long distances by wind and then settle on ground or water. The effects of this settling include: making lakes and streams acidic; changing the nutrient



# Nitrogen Dioxide

You are here: EPA Home   Air & Radiation   Six Common Pollutants   Nitrogen Dioxide   Health

# Health

Current scientific evidence links short-term $NO_2$ exposures, ranging from 30 minutes to 24 hours, with adverse respiratory effects including airway inflammation in healthy people and increased respiratory symptoms in people with asthma.

Also, studies show a connection between breathing elevated short-term $NO_2$ concentrations, and increased visits to emergency departments and hospital admissions for respiratory issues, especially asthma.

$NO_2$ concentrations in vehicles and near roadways are appreciably higher than those measured at monitors in the current network. In fact, in-vehicle concentrations can be 2-3 times higher than measured at nearby area-wide monitors. Near-roadway (within about 50 meters) concentrations of $NO_2$ have been measured to be approximately 30 to 100% higher than concentrations away from roadways.

Individuals who spend time on or near major roadways can experience short-term $NO_2$ exposures considerably higher than measured by the current network. Approximately 16% of U.S housing units are located within 300 ft of a major highway, railroad, or airport (approximately 48 million people). This population likely includes a higher proportion of non-white and economically-disadvantaged people.

$NO_2$ exposure concentrations near roadways are of particular concern for susceptible individuals, including people with asthma asthmatics, children, and the elderly

The sum of nitric oxide (NO) and $NO_2$ is commonly called nitrogen oxides or NOx. Other oxides of nitrogen including nitrous acid and nitric acid are part of the nitrogen oxide family. While EPA's National Ambient Air Quality Standard (NAAQS) covers this entire family, $NO_2$ is the component of greatest interest and the indicator for the larger group of nitrogen oxides.

NOx react with ammonia, moisture, and other compounds to form small particles. These small particles penetrate deeply into sensitive parts of the lungs and can cause or worsen respiratory disease, such as emphysema and bronchitis, and can aggravate existing heart disease, leading to increased hospital admissions and premature death.

Ozone is formed when NOx and volatile organic compounds react in the presence of heat and sunlight. Children, the elderly, people with lung diseases such as asthma, and people who work or exercise outside are at risk for adverse effects from ozone. These include reduction in lung function and increased respiratory symptoms as well as respiratory-related emergency department visits, hospital admissions, and possibly premature deaths.

Emissions that lead to the formation of $NO_2$ generally also lead to the formation of other NOx. Emissions control measures leading to reductions in $NO_2$ can generally be expected to

reduce population exposures to all gaseous NOx. This may have the important co-benefit of reducing the formation of ozone and fine particles both of which pose significant public health threats.



http://epa.gov/airquality/sulfurdioxide/health.html
Last updated on Wednesday, March 30, 2011

## Sulfur Dioxide

You are here: EPA Home    Air & Radiation    Six Common Pollutants    Sulfur Dioxide    Health

# Health

Current scientific evidence links short-term exposures to $SO_2$, ranging from 5 minutes to 24 hours, with an array of adverse respiratory effects including bronchoconstriction and increased asthma symptoms. These effects are particularly important for asthmatics at elevated ventilation rates (e.g., while exercising or playing.)

Studies also show a connection between short-term exposure and increased visits to emergency departments and hospital admissions for respiratory illnesses, particularly in at-risk populations including children, the elderly, and asthmatics.

EPA's National Ambient Air Quality Standard for $SO_2$ is designed to protect against exposure to the entire group of sulfur oxides (SOx). $SO_2$ is the component of greatest concern and is used as the indicator for the larger group of gaseous sulfur oxides (SOx). Other gaseous sulfur oxides (e.g. SO3) are found in the atmosphere at concentrations much lower than $SO_2$.

Emissions that lead to high concentrations of $SO_2$ generally also lead to the formation of other SOx. Control measures that reduce $SO_2$ can generally be expected to reduce people's exposures to all gaseous SOx. This may have the important co-benefit of reducing the formation of fine sulfate particles, which pose significant public health threats.

SOx can react with other compounds in the atmosphere to form small particles. These particles penetrate deeply into sensitive parts of the lungs and can cause or worsen respiratory disease, such as emphysema and bronchitis, and can aggravate existing heart disease, leading to increased hospital admissions and premature death. EPA's NAAQS for particulate matter (PM) are designed to provide protection against these health effects.



## Mercury

You are here: EPA Home   Mercury   Human Exposure

# Human Exposure

Mercury exists in various forms, and people are exposed to each in different ways. The most common way people in the U.S. are exposed to mercury is by eating fish containing methylmercury. Other exposures may result from using or breaking products containing mercury. The health effects of these exposures are discussed in a separate section.

Methylmercury
How mercury enters the environment
Moving up the food chain
Elemental mercury
Other mercury compounds (inorganic and organic)

People who use mercury in the workplace need to take special precautions.

**Information for...**
Businesses
Consumers
Health Care Providers
Parents
Schools

**Basic Information**
Frequent Questions
Health Effects
Fish Consumption Advisories

## Methylmercury exposure

Outbreaks of methylmercury poisoning have made it clear that adults, children, and developing fetuses are at risk from dietary exposure to methylmercury. During these poisoning outbreaks some mothers with no symptoms of nervous system damage gave birth to infants with severe disabilities and it became clear that the developing nervous system of the fetus may be more vulnerable to methylmercury than is the adult nervous system. Mothers who are exposed to methylmercury and breast-feed their babies may also expose their infant children through their milk.

In 2004 EPA and FDA issued the first-ever joint consumer advice about methylmercury in fish and shellfish. This advice was for women who might become pregnant; women who are pregnant; nursing mothers; and young children. The advisory provides three recommendations for selecting and eating fish or shellfish to ensure that women and young children will receive the benefits of eating fish and shellfish and be confident that they have reduced their exposure to the harmful effects of methylmercury. EPA also hosts a web-based compilation of fish advisories issued by States, tribes, territories and local governments. Fish Consumption Advisories

Recent human biological monitoring by the Centers for Disease Control and Prevention in 1999 and 2000 (PDF) (3 pp., 42 KB, About PDF) shows that most people have blood mercury levels below a level (5.8 µg/L of whole blood) associated with possible health effects. Consumption of fish with higher methylmercury levels can lead to elevated levels of mercury in the bloodstream of unborn babies and young children and may harm their developing nervous system. These disabilities have

**Terms Defined**

**Reference Dose (RfD):** An estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure to the human population (including sensitive subgroups) that is likely to be

been documented in ability to use language, to process information, and in visual/motor integration. U.S. EPA's 2001 Reference Dose (RfD) for methylmercury was calculated to protect the developing nervous system. Currently, U.S. EPA uses a RfD of 0.1 μg/kg body weight/day as an exposure without recognized adverse effects. A description of EPA's Reference Dose for methylmercury may be found at http://www.epa.gov/iris/subst/0073.htm.

In U.S. EPA's Mercury Study Report to Congress (1997) EPA estimated that 7% of women of childbearing age would have blood mercury concentrations greater than those equivalent to the RfD. The estimate of 7% of women of childbearing age above the RfD was based on patterns of fish and shellfish consumption and methylmercury concentrations present in fish and shellfish. Blood mercury analyses in the 1999-2000 National Health and Nutrition Examination Survey (1999-2000 NHANES) for 16-to-49 year old women showed that approximately 8% of women in the survey had blood mercury concentrations greater than 5.8 ug/L ( which is a blood mercury level equivalent to the current RfD). Based on this prevalence for the overall U.S. population of women of reproductive age and the number of U.S. births each year, it is estimated that more than 300,000 newborns each year may have increased risk of learning disabilities associated with in utero exposure to methylmercury. More recent data from the CDC support this general finding.

Nearly all methylmercury exposures in the U.S. occur through eating fish and shellfish. Microscopic organisms convert inorganic mercury into methylmercury, which accumulates up the food chain in fish, fish-eating animals, and people.

This process is explained below.

> How mercury enters the environment
> Moving up the food chain

without an appreciable risk of deleterious effects during a lifetime. It can be derived from a NOAEL, LOAEL, or benchmark dose, with uncertainty factors generally applied to reflect limitations of the data used. Generally used in EPA's noncancer health assessments.

**No-Observed-Adverse-Effect Level (NOAEL)**: The highest exposure level at which there are no biologically significant increases in the frequency or severity of adverse effect between the exposed population and its appropriate control; some effects may be produced at this level, but they are not considered adverse or precursors of adverse effects.

**Lowest-Observed-Adverse-Effect Level (LOAEL)**: The lowest exposure level at which there are biologically significant increases in frequency or severity of adverse effects between the exposed population and its appropriate control group

## How mercury enters the environment



Mercury is emitted to the air by human activities, such as manufacturing or burning coal for fuel, and from natural sources, such as volcanoes.

Typically, mercury is released into the atmosphere in one of three forms:

> elemental mercury: can travel a range of distances, may remain in the atmosphere up to one year and may travel globally before undergoing transformation
> particle-bound mercury: can fall out of the air over a range of distances
> oxidized mercury (sometimes called ionic or reactive gaseous mercury (RGM)): found predominantly in water-soluble forms, which may be deposited at a range of distances from sources depending on a variety of factors including topographic and meteorologic conditions downwind of a source.

What happens to mercury after it is emitted depends on several factors:

> the form of mercury emitted
> the location of the emission source
> how high above the landscape the mercury is released (e.g., the height of the stack)
> the surrounding terrain
> the weather.

Depending on these factors, atmospheric mercury can be transported over a range of distances before it is deposited, potentially resulting in deposition on local, regional, continental and/or global scales. Mercury that remains in the air for prolonged periods of time and travels across continents is said to be in the "global cycle."

Recent emissions estimates of annual global mercury emissions from all sources, natural and anthropogenic (human-generated), which are highly uncertain, are about 4800-8300 tons per year.

U.S. anthropogenic mercury emissions are estimated to account for roughly 3 percent of the total global emissions, and the U.S. power sector is estimated to account for about 1 percent the total global emissions. EPA has estimated that about one third of U.S. emissions are deposited within the contiguous U.S. and the remainder enters the global cycle.

Current estimates are that less than half of all mercury deposition within the U.S. comes from U.S. sources, although deposition varies by geographic location. For example, compared to the country as a whole, U.S. sources represent a greater fraction of the total deposition in parts of the Northeast because of the direction of the prevailing winds.

## Moving up the food chain

When mercury falls in rain or snow, it may flow into bodies of water like lakes and streams. When it falls out of the air as dry deposition, it may eventually be washed into those bodies by rain. Bacteria in soils and sediments convert mercury to methylmercury. In this form, it is taken up by tiny aquatic plants and animals. Fish that eat these organisms build up methylmercury in their bodies. As ever-bigger fish eat smaller ones, the methylmercury is concentrated further up the food chain. This process is called "bioaccumulation".

Methylmercury concentrations in fish depend on many factors, including mercury, the concentration in water, water pH and temperature, the amount of dissolved solids and organic matter in the water, and what organisms live in the water. Methylmercury concentrations in fish may also be affected by the presence of sulfur and other chemicals in the water. Because of these variables, and because food webs are very complex, bioaccumulation is hard to predict and can vary from one water body to another.

However, in a given water body, the highest concentrations of methylmercury are generally found in large fish that eat other fish. The concentrations of methylmercury in large fish can be over a million-fold larger than in the surrounding water. EPA discussions of estimates bioaccumulation can be found in Chapter 6 and Appendix A of the Water Quality Criterion for the Protection of Human Health: Methylmercury.

## Elemental mercury exposure

When elemental mercury is spilled or a device containing mercury breaks, the exposed elemental mercury can evaporate and become an invisible, odorless toxic vapor. This is especially true in warm or poorly-ventilated rooms or spaces. Sources of potential exposure to elemental mercury are described below.

> Elemental or metallic mercury is the liquid metal used in thermometers, barometers, and thermostats and other electrical switches. Metallic mercury is often found in school laboratories as well as in thermometers, barometers, switches, thermostats, and other devices found in school science labs.

> It is not uncommon for children to break fever thermometers in their mouths. Mercury that is swallowed in such cases poses low risk comparison to the risk of breathing mercury vapor.