# EXHIBIT 13

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00859-WJM-KLM

**AMERICAN TRADITION INSTITUTE**,
**AMERICAN TRADITION PARTNERSHIP**, and
**ROD LUECK**,

    Plaintiffs,

v.

**THE STATE OF COLORADO**;
**JOHN HICKENLOOPER**, individually, and in his official capacity as Governor of Colorado;
**BARBARA J. KELLEY**, individually, and in her official capacity as Executive Director of the Colorado Department of Regulatory Agencies;
**JOSHUA EPEL**, individually, and in his official capacity as a Chairman of the Colorado Public Utilities Commission;
**JAMES TARPEY**, individually, and in his official capacity as a Commissioner of the Colorado Public Utilities Commission;
**MATT BAKER**, individually, and in his official capacity as a Commissioner of the Colorado Public Utilities Commission; and
**DOUG DEAN**, individually, and in his official capacity as Director of the Colorado Public Utilities Commission,

    Defendants,

**ENVIRONMENT COLORADO**,
**COLORADO ENVIRONMENTAL COALITION**,
**SIERRA CLUB**, and
**THE WILDERNESS SOCIETY**,

    Proposed Defendant-Intervenors.

---

**[PROPOSED] ORDER GRANTING ENVIRONMENT COLORADO ET AL.'S
MOTION TO INTERVENE AND
REQUEST TO FILE RULE 12(B) MOTION TO DISMISS**

---

Proposed Defendant-Intervenors Environment Colorado et al.'s Motion to Intervene and Request to File Rule 12(b) Motion to Dismiss is GRANTED. It is hereby ordered that the Intervenors file a motion to dismiss or other responsive pleading within fourteen days of this order.

IT IS SO ORDERED.

Dated: _____, 2011

_____
Hon. William J. Martinez
U.S. District Judge