IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00859-WJM-KLM

AMERICAN TRADITION INSTITUTE,
AMERICAN TRADITION PARTNERSHIP, and
ROD LUECK,

    Plaintiffs,

v.

THE STATE OF COLORADO,
JOHN HICKENLOOPER, individually and in his official capacity as Governor of Colorado,
BARBARA J. KELLEY, individually and in her official capacity as the Executive Director of the Colorado Department of Regulatory Agencies,
JOSHUA EPEL, individually and in his official capacity as Chairman of the Colorado Public Utilities Commission,
JAMES TARPEY, individually and in his official capacity as a Commissioner of the Colorado Public Utilities Commission,
MATT BAKER, individually and in his official capacity as a Commissioner of the Colorado Public Utilities Commission, and
DOUG DEAN, individually and in his official capacity as Director of the Colorado Public Utilities Commission,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Extend Two Response Dates** [Docket No. 24; Filed June 22, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendants shall answer or otherwise respond to the Amended Complaint [Docket No. 12] on or before **July 12, 2011**.

    IT IS FURTHER **ORDERED** that Plaintiffs shall respond to the Motion to Intervene [Docket No. 21] on or before **July 25, 2011**.

    Dated:  June 23, 2011