IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-00859-WJM-BNB | Date: August 29, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| AMERICAN TRADITION INSTITUTE | *David Schnare* |
| AMERICAN TRADITION PARTNERSHIP | |
| ROD LUECK | |
| **Plaintiff(s)** | |
| | |
| **v.** | |
| | |
| JOSHUA EPEL | *William V. Allen* |
| JAMES TARPEY | *Kathleen Spalding* |
| PAMELA PATTON | |
| **Defendant(s)** | |
| **and** | |
| | |
| ENVIRONMENT COLORADO | *Michael A. Hiatt* |
| COLORADO ENVIRONMENTAL COALITION | *Victoria R. Mandell* |
| SIERRA CLUB | |
| THE WILDERNESS SOCIETY | |
| **Intervenor-Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING and SCHEDULING CONFERENCE**

Court in Session: 2:39 p.m.

Appearance of counsel. Also appearing is *John E. Putnam* on behalf of proposed Intervenor-Defendant Interwest Energy Alliance and *Neil Levine* on behalf of proposed Intervenor-Defendant Solar Energy Industries Association.

Argument presented on [69] Stipulated Motion for Partial Stay.

**ORDERED:  Matter is TAKEN UNDER ADVISEMENT.**

Court in Recess: 3:23 p.m.     Hearing concluded.     Total time in Court: 00:44

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119