IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 11-cv-00859-WJM-BNB | Date: October 26, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| AMERICAN TRADITION INSTITUTE<br>AMERICAN TRADITION PARTNERSHIP<br>ROD LUECK<br>    Plaintiffs | *David Schnare* |
| v. | |
| JOSHUA EPEL<br>JAMES TARPEY<br>PAMELA PATTON<br>    Defendants<br>and | *William V. Allen* |
| ENVIRONMENT COLORADO<br><br>COLORADO ENVIRONMENTAL COALITION<br>SIERRA CLUB<br>THE WILDERNESS SOCIETY<br>SOLAR ENERGY INDUSTRIES ASSOCIATION<br>INTERWEST ENERGY ALLIANCE<br>    Intervenor-Defendants | *Michael S. Freeman*<br>*Michael A. Hiatt*<br>*Victoria R. Mandell*<br><br>*Bruce Driver*<br>*Neil Levine* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 1:29 p.m., appearance of counsel.

Argument presented on [80] Motion to Quash Discovery on Standing and Requesting the First Protective Order and [91] Defendants' and Defendant-Intervenors' Motion to Compel Discovery.

**ORDERED:** [80] Plaintiffs' Motion to Quash Discovery on Standing and Requesting the First Protective Order is DENIED.

[91] Defendants' and Defendant-Intervenors' Motion to Compel Discovery is GRANTED. Responses to be provided on or before November 9, 2012.

Court in Recess: 2:03 p.m.    Hearing concluded.    Total time in Court: 00:34

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119