IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00859-WJM-BNB

AMERICAN TRADITION INSTITUTE,
AMERICAN TRADITION PARTNERSHIP, and
ROD LUECK,

Plaintiffs,

v.

JOSHUA EPEL, individually,
JAMES TARPEY, individually and in his official capacity as a Commissioner of the Colorado
Public Utilities Commission, and
PAMELA PATTON, individually and in his official capacity as a Commissioner of the Colorado
Public Utilities Commission,

Defendants,

and

ENVIRONMENT COLORADO,
COLORADO ENVIRONMENTAL COALITION,
SIERRA CLUB,
THE WILDERNESS SOCIETY,
SOLAR ENERGY INDUSTRIES ASS'N, and
INTERWEST ENERGY ALLIANCE,

Intervenor-Defendants,

_____

**ORDER**

_____

This matter arises on the following:

(1)     **Motion to Quash Discovery on Standing and Requesting the First Protective**

**Order** [Doc. # 80, filed 9/19/2012] (the "Motion for Quash"); and

(2)     **Defendants' and Defendant-Intervenors' Motion to Compel Discovery** [Doc.

# 91, filed 10/17/2012] (the "Motion to Compel").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)      The Motion to Quash [Doc. # 80] is DENIED;

(2)      The Motion to Compel [Doc. # 91] is GRANTED; and

(3)      The plaintiffs shall provide supplemental discovery responses consistent with this Order and in conformity with the formalities of the Federal Rules of Civil Procedure on or before **November 9, 2012**.

Dated October 26, 2012.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge