**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-00859-WJM-BNB

AMERICAN TRADITION INSTITUTE,
AMERICAN TRADITION PARTNERSHIP, and
ROD LUECK,

    Plaintiffs,

v.

JOSHUA EPEL,
JAMES TARPEY, and
PAMELA PATTON, in their official capacities as Commissioners of the Colorado Public Utilities Commission,

    Defendants,

and

ENVIRONMENT COLORADO,
COLORADO ENVIRONMENTAL COALITION,
SIERRA CLUB,
THE WILDERNESS SOCIETY,
SOLAR ENERGY INDUSTRIES ASSOCIATION, and
INTERWEST ENERGY ALLIANCE,

    Intervenor-Defendants.

---

**ORDER GRANTING AMERICAN TRADITION PARTNERSHIP'S
UNOPPOSED MOTION TO WITHDRAW**

---

This matter is before the Court on American Tradition Partnership's ("ATP") Unopposed Motion to Withdraw filed December 8, 2012 (ECF No. 102).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

American Tradition Partnership's Motion is GRANTED.  All claims in this action brought by American Tradition Partnership are DISMISSED WITH PREJUDICE.  The

Clerk of the Court is DIRECTED to remove American Tradition Partnership from the caption.  The Parties shall also delete any reference to American Tradition Partnership from the caption of any future filings in this case.

Dated this 11th day of December, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge