IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00859-WJM-BNB

AMERICAN TRADITION INSTITUTE, and
ROD LUECK,

Plaintiffs,

v.

JOSHUA EPEL, in his official capacity as Chairman of the Colorado Public Utilities Commission,
JAMES TARPEY, in his official capacity as a Commissioner of the Colorado Public Utilities Commission, and
PAMELA PATTON, individually and in her official capacity as a Commissioner of the Colorado Public Utilities Commission,

Defendants,

and

ENVIRONMENT COLORADO,
COLORADO ENVIRONMENTAL COALITION,
SIERRA CLUB,
THE WILDERNESS SOCIETY, and
SOLAR ENERGY INDUSTRIES ASSOCIATION,

Intervenor-Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)   **Defendants' and Defendant-Intervenors' Amended Motion to Withdraw Motion to Compel Third-Party Production of Documents** [Doc. # 125, filed 3/4/2013] is GRANTED; and

(2)   **Defendants' and Defendant-Intervenors' Motion to Compel Third-Party Production of Documents** [Doc. # 105, filed 1/18/2013] is DENIED as withdrawn.

DATED: March 5, 2013