IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 11-cv-00859-WJM-BNB | Date: March 19, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| AMERICAN TRADITION INSTITUTE<br>AMERICAN TRADITION PARTNERSHIP<br>ROD LUECK<br>    **Plaintiffs** | *David W. Schnare* |
| v. | |
| JOSHUA EPEL<br>JAMES TARPEY<br>PAMELA PATTON<br>    **Defendants**<br>and | *William V. Allen* |
| ENVIRONMENT COLORADO<br>COLORADO ENVIRONMENTAL COALITION<br>SIERRA CLUB<br>THE WILDERNESS SOCIETY<br>SOLAR ENERGY INDUSTRIES ASSOCIATION<br>INTERWEST ENERGY ALLIANCE<br>    **Defendant- Intervenors** | *Michael S. Freeman*<br>*Michael A. Hiatt*<br>*Victoria R. Mandell*<br>*Bruce Driver*<br>*Neil Levine*<br>*John Putnam* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 9:34 a.m.

Appearance of counsel.

Argument presented on [107] Stipulated Motion for Extension of Time to Extend Discovery Cutoff and [120] Motion to Extend the Discovery Deadline and Compel Discovery.

**ORDERED:  Scheduling Conference for full discovery in the case will be set.**

**[107] Stipulated Motion for Extension of Time to Extend Discovery Cutoff is DENIED as moot.**

**[120] Motion to Extend the Discovery Deadline and Compel Discovery is DENIED as moot.**

**[129] Motion to Reconsider is DENIED as moot.**

**[133] Motion for Protective Order is DENIED as moot.**

**Scheduling Conference set for May 1, 2013 at 1:30 p.m., proposed Scheduling Order shall be submitted by April 24, 2013.**

Court in Recess:  10:29 a.m.            Hearing concluded.            Total time in Court: 00:55

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119