IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00859-WJM-BNB

AMERICAN TRADITION INSTITUTE, and
ROD LUECK,

Plaintiffs,

v.

JOSHUA EPEL, in his official capacity as Chairman of the Colorado Public Utilities Commission,
JAMES TARPEY, in his official capacity as a Commissioner of the Colorado Public Utilities Commission, and
PAMELA PATTON, individually and in her official capacity as a Commissioner of the Colorado Public Utilities Commission,

Defendants,

and

ENVIRONMENT COLORADO,
COLORADO ENVIRONMENTAL COALITION,
SIERRA CLUB,
THE WILDERNESS SOCIETY, and
SOLAR ENERGY INDUSTRIES ASSOCIATION,

Intervenor-Defendants.

---

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Case Caption** [docket no. 140, filed April 2, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  Going forward, the caption shall reflect the change of defendant-intervenor's name Colorado Environmental Coalition to: CONSERVATION COLORADO EDUCATION FUND on all future filings.

DATED:  April 5, 2013