IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00859-WJM-BNB

AMERICAN TRADITION INSTITUTE, and
ROD LUECK,

Plaintiffs,

v.

JOSHUA EPEL, in his official capacity as Chairman of the Colorado Public Utilities Commission,
JAMES TARPEY, in his official capacity as a Commissioner of the Colorado Public Utilities Commission, and
PAMELA PATTON, individually and in her official capacity as a Commissioner of the Colorado Public Utilities Commission,

Defendants,

and

ENVIRONMENT COLORADO,
CONSERVATION COLORADO EDUCATION FUND,
SIERRA CLUB,
THE WILDERNESS SOCIETY, and
SOLAR ENERGY INDUSTRIES ASSOCIATION,

Intervenor-Defendants.

---

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    Plaintiffs' **Unopposed Motion to Amend Plaintiffs' Complaint for Injunctive and Declaratory Relief** [Doc. # 156, filed 6/24/2013] is GRANTED; and

      (2)    The Clerk of the Court is directed to accept for filing the Second Amended Complaint for Injunctive and Declaratory Relief [Doc. # 156-1].

DATED: June 24, 2013