IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00859-WJM-BNB

ENERGY & ENVIRONMENT LEGAL INSTITUTE, and
ROD LUECK,

Plaintiffs,

v.

JOSHUA EPEL,
JAMES TARPEY, and
PAMELA PATTON,

Defendants,

and

ENVIRONMENT COLORADO,
CONSERVATION COLORADO EDUCATION FUND,
SIERRA CLUB,
THE WILDERNESS SOCIETY,
SOLAR ENERGY INDUSTRIES ASSOCIATION, and
INTERWEST ENERGY ALLIANCE,

Intervenor-Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Withdrawal as Co-Counsel of Record for Terminated Plaintiffs** [docket no. 222, filed May 12, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Kent Holsinger and Jack Silver are granted leave to withdraw from the representation of plaintiffs American Tradition Partnership and American Tradition Institute, and are to be removed from the electronic service.

DATED:  May 13, 2014