**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00859-WJM-BNB

ENERGY AND ENVIRONMENT LEGAL INSTITUTE, and
ROD LUECK,

    Plaintiffs,

v.

JOSHUA EPEL,
JAMES TARPEY, and
PAMELA PATTON, in their official capacities as Commissioners of the Colorado Public Utilities Commission,

    Defendants,

And

ENVIRONMENT COLORADO,
CONSERVATION COLORADO EDUCATION FUND,
SIERRA CLUB,
THE WILDERNESS SOCIETY,
SOLAR ENERGY INDUSTRIES ASSOCIATION, and
INTERWEST ENERGY ALLIANCE,

    Intervenor-Defendants.

**NOTICE OF APPEAL**

Notice is hereby given that Energy & Environment Legal Institute, and Rod Lueck, plaintiffs in the above named case, hereby appeal to the United States Court of

Appeals for the Tenth Circuit from the final order and final judgment entered in this action on May 9 and 12, 2014, respectively (ECF Doc. 221 & 224).

Dated:  June 2, 2014

                                            Respectfully submitted,

By:    /s/ *David W. Schnare*
         David W. Schnare
         9033 Brook Ford Rd.
         Burke, Virginia, 22015
         Telephone: 571-243-7975
         Email: Schnare@fmelawclinic.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Kathleen L. Spalding**
kit.spalding@state.co.us, mary.brown@state.co.us, terrie.sandoval@state.co.us

**Neil Levine**
nlevine@grandcanyontrust.org, nldenverlaw@gmail.com

**William V. Allen**
will.allen@state.co.us, denise.munger@state.co.us

**Michael Stephen Freeman**
mfreeman@earthjustice.org, afarouche@earthjustice.org, egreer@earthjustice.org, hmcintosh@earthjustice.org, ti@westernenergyproject.org

**Bruce C. Driver**
bruce.driver1@gmail.com

**John Edward Putnam**
jputnam@kaplankirsch.com, smiller@kaplankirsch.com

**Michael Brent Case**
bcase@smmpc.com, emontoya@smmpc.com, rcrippin@smmpc.com, scheng@smmpc.com, ssibert@smmpc.com

**Michael Alan Hiatt**
mhiatt@earthjustice.org, afarouche@earthjustice.org, eajusco@earthjustice.org, egreer@earthjustice.org

**Erin Alene Overturf**
erin.overturf@westernresources.org

**David Walter Schnare**
schnare@FMELawClinic.org

**Michael David Pepson**
michael.pepson@causeofaction.org, mdp2148@caa.columbia.edu

      /s/ *David W. Schnare*
David W. Schnare
9033 Brook Ford Rd.
Burke, Virginia, 22015
Telephone: 571-243-7975
Email: Schnare@fmelawclinic.org

*Attorneys for Plaintiffs*