# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00859-WJM-BNB

ENERGY AND ENVIRONMENT LEGAL INSTITUTE, and
ROD LUECK,

    Plaintiffs,

v.

JOSHUA EPEL,
JAMES TARPEY, and
PAMELA PATTON, in their official capacities as Commissioners of the Colorado Public
Utilities Commission,

    Defendants,

and

ENVIRONMENT COLORADO,
CONSERVATION COLORADO EDUCATION FUND,
SIERRA CLUB,
THE WILDERNESS SOCIETY,
SOLAR ENERGY INDUSTRIES ASSOCIATION, and
INTERWEST ENERGY ALLIANCE,

    Defendant-Intervenors.

---

**AFFIDAVIT OF MICHAEL HIATT IN SUPPORT OF DEFENDANT-INTERVENORS
ENVIRONMENT COLORADO, CONSERVATION COLORADO EDUCATION FUND,
SIERRA CLUB, AND THE WILDERNESS SOCIETY'S
BILL OF COSTS**

---

I, Michael Hiatt, hereby declare:

1.    I am an attorney of record for Defendant-Intervenors Environment Colorado,

Conservation Colorado Education Fund, Sierra Club, and The Wilderness Society (collectively,

1

the "Conservation Organizations"). I submit this declaration in support of the Conservation Organizations' Bill of Costs. The Court granted the Conservation Organizations' motion to intervene on February 21, 2012 (ECF No. 51), and since then the Conservation Organizations have fully participated in this litigation. As prevailing Defendant-Intervenors, the Conservation Organizations are entitled to recover their taxable costs. 10 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 2667 (3d ed. 1998) ("[A]n intervenor is entitled to the same cost considerations as the original parties."); see also Friends of the Everglades v. S. Fla. Water Mgmt. Dist., 865 F. Supp. 2d 1159, 1171 (S.D. Fla. 2011) ("[W]ith respect to taxable costs, intervenors are no different than named parties to an action."); MDT Corp. v. N.Y. Stock Exch., Inc., 858 F. Supp. 1028, 1035 (C.D. Cal. 1994) ("An intervenor is considered a prevailing party for the purposes of an award of costs so long as the intervenor's position actually prevails and the intervenor substantially contributed to the resolution of the issues presented by the matter.").

2. Attached are true and correct copies of the receipts and invoices reflecting **$6,126.55** in total taxable costs incurred by the Conservation Organizations in this litigation to date. As discussed below, these costs were necessarily incurred in this case because they reflect out-of-pocket expenses necessary for the depositions of Plaintiff Rod Lueck and three of Plaintiffs' expert witnesses.

3. On August 7 and 8, 2013, Defendants and Defendant-Intervenors took the depositions of Plaintiff Rod Lueck and Plaintiffs' expert witness Thomas Tanton regarding issues related to Plaintiffs' standing. These depositions were necessary and instrumental in the Court's May 1, 2014 order on standing (ECF No. 219). The Conservation Organizations incurred **$1,063.55** in

costs for transcripts and appearance fees for the two August 2013 depositions (page 1 of Exhibit A).

4. On January 13, 2014, Defendants and Defendant-Intervenors took the deposition of Plaintiffs' expert witness Greg Walcher on issues related to the merits of Plaintiffs' claims. The Conservation Organizations incurred **$3,346.65** in costs for Mr. Walcher's deposition (pages 2–3 of Exhibit A). In addition, because Mr. Walcher offered testimony regarding the impacts of wind energy development on bird populations, the Conservation Organizations incurred **$35** in costs to obtain a scientific study on Golden eagle population trends for use at the deposition (pages 6–7 of Exhibit A). Mr. Walcher's deposition was necessary because he was a designated expert on a variety of relevant issues raised by Plaintiffs' Second Amended Complaint (ECF No. 163). In re Williams Sec. Litig.-WCG Subclass, 558 F.3d 1144, 1148 (10th Cir. 2009) (courts will not "penalize a party who happens to prevail on a dispositive motion by not awarding costs associated with that portion of discovery which had no bearing on the dispositive motion, but which appeared otherwise necessary at the time it was taken for proper preparation of the case") (quoting Callicrate v. Farmland Indus. Inc., 139 F.3d 1336, 1340 (10th Cir. 1998)); Alcohol Monitoring Sys., Inc. v. ActSoft, Inc., Nos. 07-cv-02261-PAB-MJW, 08-cv-01226, 2012 WL 4356210, at *1 (D. Colo. Sept. 24, 2012) (costs for expert witness depositions are taxable even if the transcripts were not used to support a dispositive motion); Hein v. AT&T Operations, Inc., No. 09-cv-00291-WYD-CBS, 2011 WL 1930638, at *2–4 (D. Colo. Apr. 20, 2011) (same).

5. On January 20, 2014, Defendants and Defendant-Intervenors took the deposition of Plaintiffs' expert witness Dr. Robert Michaels on issues related to the merits of Plaintiffs' claims. The Conservation Organizations incurred **$803.75** in costs for transcripts and appearance fees for

Dr. Michaels' deposition (page 4 of Exhibit A). Dr. Michaels' deposition was necessary because he was a designated expert on a variety of relevant issues raised by Plaintiffs' Second Amended Complaint. In re Williams Sec. Litig., 558 F.3d at 1147–49; Alcohol Monitoring Sys., 2012 WL 4356210, at *1; Hein, 2011 WL 1930638, at *2–4.

6. On January 22, 2014, Defendants and Defendant-Intervenors took the deposition of Plaintiffs' expert witness Thomas Tanton on issues related to the merits of Plaintiffs' claims. The Conservation Organizations incurred **$636.40** in costs for the transcript of Mr. Tanton's deposition (page 5 of Exhibit A). Mr. Tanton's deposition was necessary because he was a designated expert on a variety of relevant issues raised by Plaintiffs' Second Amended Complaint. In re Williams Sec. Litig., 558 F.3d at 1147–49; Alcohol Monitoring Sys., 2012 WL 4356210, at *1; Hein, 2011 WL 1930638, at *2–4.

7. The Conservation Organizations incurred **$241.20** in copy costs for the preparation of exhibits used in the August 2013 and January 2014 depositions discussed above (pages 8–9 of Exhibit A). These copy costs related to the depositions of Plaintiff Rod Lueck and three of Plaintiffs' expert witnesses were necessary and are taxable. 28 U.S.C. § 1920 ("[f]ees for exemplification and the costs of making copies" are taxable costs); In re Williams Sec. Litig., 558 F.3d at 1149 (copy costs are taxable if the copies were reasonably necessary, "the burden of justifying copy costs is not a 'high one,'" and a prevailing party "need not 'justify each copy' it makes") (quoting Case v. Unified Sch. Dist. No. 233, 157 F.3d 1243, 1259 (10th Cir. 1998)).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 10, 2014                    /s/ *Michael A. Hiatt*
                                             Michael A. Hiatt

# EXHIBIT A



Calderwood-Mackelprang, Inc.
Registered Professional Reporters

RECEIVED
DEC 05 2013
BY:_____

2209-6314
API 9507

**BILL TO:**

Michael S. Freeman, Esq.
Earthjustice
1400 Glenarm Place, Ste. 300
Denver, CO 80202

| Date | 8/28/2013 |
|---|---|
| Invoice No. | 13 581TH |

P A S T   D U E

PLEASE REMIT

Tax ID: 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re: American Tradition Institute, et al. v. Epel, et al. and Environment Colorado, et al. | |
| August 7 & 8, 2013 | |
| DEPOSITION OF THOMAS TANTON<br>Copy transcript preparation, 122 pgs. - E-Transcript Only | 262.30 |
| Appearance Fee - August 8, 2013 | 150.00 |
| DEPOSITION OF RODNEY LUECK<br>Original transcript preparation, 197 pgs. - E-Transcript Only<br>*Discounted rate at same per page rate as the Attorney General's Office | 640.25 |
| Postage/Delivery Fee - May include charge for future delivery of Original transcript | 11.00 |
| City of Denver Sales Tax | 0.00 |

P A S T   D U E

PLEASE REMIT

PAID 12/3/13

**NET 30 DAYS**
**THANK YOU!**

| Total | $1,063.55 |
|---|---|

th0807/0813aaa-a

We accept credit cards.

7150 E. Hampden Ave., Suite 303 • Denver, Colorado 80224 • Tel 303.477.3500 • Fax 303.477.4385
calmack@calmack.com • www.calmack.com

# INVOICE

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX 77060
Phone:713-653-7100  Fax:713-653-7143


RECEIVED
JAN 30 2014

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91391623 | 1/21/2014 | 155026 |
| **Job Date** | **Case No.** | |
| 1/13/2014 | 11-CV-00859-WJM-BNB | |

**Case Name**

Energy & Environment Legal Institute, et al. v. Joshua Epel, et al.

**Payment Terms**

Due upon receipt

Michael Freeman
Earth Justice
1400 Glenarm Place
Suite 300
Denver, CO 80202

ORIGINAL TRANSCRIPT OF:
  Greg Walcher                                              2,259.1

**TOTAL DUE >>>**     $2,259.1
AFTER 3/7/2014 PAY    $2,485.0

Reference No. : 211745

Thank you. We appreciate your business. Please call us @ 214-741-6001 X 4341 if you have any billing questions.

2209
MF

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                      Phone:    F

*Please detach bottom portion and return with payment.*

Michael Freeman
Earth Justice
1400 Glenarm Place
Suite 300
Denver, CO 80202

Job No.   : 155026      BU ID   :1-HOU
Case No.  : 11-CV-00859-WJM-BNB
Case Name : Energy & Environment Legal Institute, et al. v
            Joshua Epel, et al.

Invoice No. : 91391623    Invoice Date : 1/21/2014
**Total Due : $ 2,259.15**
AFTER 3/7/2014 PAY $2,485.07

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |

Remit To: **U.S. Legal Support**
          **Texas Records & Reporting**

# STATEMENT

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX 77060
Phone: 713-653-7100  Fax: 713-653-7143

| Account No. | Date |
|---|---|
| C48927 | 3/3/2014 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $1,087.50 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$1,087.50** |

David Bookbinder
Element VI
1450 Emerson Avenue
# 503
McLean, VA 22101

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 1/21/2014 | 91391622 | 1,087.50 | 1/13/2014 | Greg Walcher | Energy & Environment Legal Institute, et al. v. Joshua Epel, et al. |

**Tax ID:** 76-0523238

Phone:  Fax:

*Please detach bottom portion and return with payment.*

David Bookbinder
Element VI
1450 Emerson Avenue
# 503
McLean, VA 22101

Account No. : C48927
Date : 3/3/2014

**Total Due** : $ 1,087.50

**Remit To:** **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX 75395-2172**



## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Michael S. Freeman, Esq.
Earthjustice
1400 Glenarm Place, Ste. 300
Denver, CO 80202

| Date | 1/30/2014 |
|---|---|
| Invoice No. | 14 37JM |

Tax ID: 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re: Energy & Environment Legal Institute, et al. v. Epel, et al. and Environment Colorado, et al. | |
| January 20, 2014 | |
| Appearance Fee | 160.00 |
| DEPOSITION OF ROBERT MICHAELS<br>Original transcript preparation, 158 pgs. - E-Transcript Only | 608.30 |
| Exhibits, 103 pgs.(12 color pages) - scanned & emailed | 23.60T |
| Postage/Delivery Fee - May include charge for future delivery of Original transcript | 11.00 |
| City of Denver Sales Tax | 0.85 |

6314-2209

API 9599

PAID 2/3/14        MF

| **NET 30 DAYS**<br>**THANK YOU!** | Total | **$803.75** |
|---|---|---|

We accept credit cards




## Calderwood-Mackelprang, Inc.
### Registered Professional Reporters

**BILL TO:**

Michael S. Freeman, Esq.
Earthjustice
1400 Glenarm Place, Ste. 300
Denver, CO 80202

| Date | 2/4/2014 |
|---|---|
| Invoice No. | 14 52JM |

Tax ID: 84 - 1144199

| DESCRIPTION | AMOUNT |
|---|---|
| Re: Energy & Environment Legal Institute, et al. v. Epel, et al. and Environment Colorado, et al. | |
| January 22, 2014 | |
| DEPOSITION OF THOMAS TANTON, VOLUME II | 636.40 |
| Copy transcript preparation, 296 pgs. - E-Transcript Only | |
| City of Denver Sales Tax | 0.00 |

6314-2209
APi 9607

*[signature: MF]*

| **NET 30 DAYS**  | Total | **$636.40** |
|---|---|---|
| **THANK YOU!** | | |

# Nan Houser

**From:** Ava Farouche
**Sent:** Friday, January 10, 2014 11:06 AM
**To:** Nan Houser
**Subject:** FW: Pay Per View Order Receipt

Hi, Nan.
I just ordered another article, for $35, for Mike and Michael for the 2209 case, using my debit card.
Thank you!

---

Ava Farouche
Litigation Assistant
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
T: 303-996-9619
F: 303-623-8083
www.earthjustice.org
Because the earth needs a good lawyer

The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.
*please consider the environment before printing

-----Original Message-----
From: Wiley Online Library [mailto:WileyOnlineLibrary@wiley.com]
Sent: Friday, January 10, 2014 11:04 AM
To: Ava Farouche
Subject: Pay Per View Order Receipt

Dear AVA FAROUCHE,

Thank you for your purchase with Wiley Online Library.

************************************************************
YOUR BILLING INFORMATION
************************************************************
E-mail Address:    afarouche@earthjustice.org
Billing Address:   1257 VINE ST.
                   #201
                   DENVER
                   CO
                   80206
                   840

Purchase Total:    $ 35.00

1

****************************************************************
 YOUR ORDER DETAILS
****************************************************************

Order Number: 151966344

24 Hour Online Access:     $ 35.00
Discount Applied:          -$ 0.00
Sales Tax:         $ 0.00
                   ========
Total for this Order:      $ 35.00

ITEM:
Golden eagle population trends in the western United States: 1968–2010 The Journal of Wildlife Management Volume 77, Issue 7, September 2013, Pages: 1436–1448, Brian A. Millsap Guthrie S. Zimmerman John R. Sauer Ryan M. Nielson Mark Otto Emily Bjerre Robert Murphy Published Online : 1 AUG 2013 08:49AM EST, DOI : 10.1002/jwmg.588

You now have 24 hours to access this content online. To view or download your document, go to:
http://onlinelibrary.wiley.com/doi/10.1002/jwmg.588/abstract
and click the Full Text link (PDF or HTML).


************************************************************
If you have any questions about this order please contact Wiley Online Library Customer Support:
http://onlinelibrary.custhelp.com

This is an automated e-mail response. Please do not reply to this message.
************************************************************


Thank you again for your order with Wiley Online Library.

----------------------------------------------------------------
Wiley Online Library is the dynamic online content service from John Wiley & Sons.
http://onlinelibrary.wiley.com



# Expert Doxument Solutions, Inc.

633 17th Street, Suite 120
Denver, CO 80202
Phone: 303-298-7114/Fax: 303-297-8695

Karen@ExpertDoxumentSolutions.com
www.ExpertDoxumentSolutions.com

| Date | Invoice # |
|---|---|
| 8/6/2013 | 0813. |

### Bill To
Earthjustice
1400 Glenarm Pl., #300
Denver, CO 80202
Attn: Eleanor

Federal ID#:
20-5989329

| Matter No. | Terms | Rep | P.O. No. |
|---|---|---|---|
| 2209 | Net 30 | RKS | 2209 |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 54 | Blowbacks -- Black & White -- 8 1/2 x 11 | 0.10 | 5.40T |
| 48 | Blowbacks -- Black & White -- 11 x 17 | 0.30 | 14.40T |

API 9169
2209

Thank you for your business!

A signature is an agreement that the above described work has been authorized and received. An interest rate of 1.5% per month will be charged and paid to past due invoices, not to exceed the maximum permitted by law. Customer agrees to pay all legal fees and costs incurred in collection of past due invoices. The party named on this invoice is held responsible for payment.

| | |
|---|---|
| Subtotal | $19.80 |
| Sales Tax (0.0%) | $0.00 |
| Total | $19.80 |
| Payments/Credits | $0.00 |
| Balance Due | $19.80 |


PAID 9/7/13

Colorado RES Defense - Reproduction Costs - #2209

Reproduction & Printing:
| | | |
|---|---|---|
| Reclass 8/13 in house copying | 8/31/2013 | $179.76 |
| Reclass 1/2014 in house copying | 1/31/2014 | $41.64 |
| **Total: Reproduction & Printing:** | | **$221.40** |